

**FILED**



## United States District Court
## Eastern District of California

JUL 0 6 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

| | |
|---|---|
| MIDNIGHT VP FUND I, L.P., a Delaware limited partnership; and WORTH THE SQUEEZE L.P., a Delaware limited partnership | |
| Plaintiff(s) | Case Number: |

1:26-cv-04788-EPG

V.

| |
|---|
| SIERRA AGRA USA, LLC, a California limited liability company; WADE O. WATSON, an individual; JOHN GORMAN, an individual; and NATHAN REVENAUGH, an individual |
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jason Spitalnick _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Midnight VP Fund I, L.P. and Worth the Squeeze L.P. _____

On August 9, 2017 _____ (date), I was admitted to practice and presently in good standing in the

Colorado Supreme Court _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: July 2, 2026 _____     Signature of Applicant: /s/  *Jason Spitalnick* _____
                                                                Jason Spitalnick

**Pro Hac Vice Attorney**

Applicant's Name:            Jason Spitalnick

Law Firm Name:           Snell & Wilmer L.L.P.

Address:             675 15th Street

Suite 2500

City:          Denver            State: CO         Zip: 80202

Phone Number w/Area Code: 303.634.2000

City and State of Residence:  Denver, Colorado

Primary E-mail Address:      jspitalnick@swlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Justin F. Mello

Law Firm Name:           Snell & Wilmer L.L.P.

Address:             600 Anton Boulevard

Suite 1400

City:          Costa Mesa          State: CA         Zip: 92626

Phone Number w/Area Code: 714.427.7000          Bar # 329514

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7-6-2026                  /s/ _Erica P. Grosj_

JUDGE, U.S. DISTRICT COURT



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Jason Spitalnick

Admission date: 2/14/2017

was admitted to practice in this court
and is in good standing.

Dated: July 1, 2026