UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDNIGHT VP FUND I, L.P., et al.,<br>Plaintiffs,<br>v.<br>SIERRA AGRA USA, LLC, et al.,<br>Defendants | No. 1:26-cv-04788-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT WADE O. WATSON'S TO RESPOND TO COMPLAINT BY NO MORE THAN 28 DAYS<br><br>(ECF No. 9) |

On July 16, 2026, Defendant Wade O. Watson and Plaintiffs filed a stipulation to extend the time for defendant Watson to file a response to the complaint. (ECF No. 9). The stipulation provides as follows

> Plaintiffs Midnight VP Fund I, L.P. and Worth the Squeeze L.P. (collectively, "Plaintiffs"), on the one hand, and defendant Wade O. Watson ("Watson") (collectively, the "Parties"), on the other hand, hereby stipulate and agree as follows:
>
> On June 22, 2026, Plaintiffs initiated suit against multiple defendants, including Watson, asserting numerous causes of action, including, *inter alia*, breach of contract and securities fraud;
>
> Watson was personally served with the Complaint on June 25, 2026;
> Watson has not yet responded to Plaintiffs' Complaint in this case;
> Barring an extension of time, Watson's time to respond to the Complaint is July 16, 2026; and
> The Parties have met and conferred and agree that an initial 28-day extension of Watson's time to answer, move, or otherwise respond to the Complaint is appropriate in this case.
>
> WHEREFORE, the Parties hereby stipulate and agree as follows:
>
> Pursuant to Local Rule 144(a), the Parties stipulate and agree that Watson's time

to answer, move, or otherwise respond to the Complaint in this case is hereby extended by 28 days, through and until August 13, 2026; and

Plaintiffs enter into this stipulation solely to extend Watson's response deadline as provided herein, and expressly reserves all rights.

IT IS SO STIPULATED

(*Id.*). (internal numbering and headings omitted).

In light of the stipulation and good cause thus appearing, the Court shall grant the stipulation and ORDERS defendant Watson to file a response to Plaintiffs' complaint no later than August 13, 2026.

IT IS SO ORDERED.

Dated: **July 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE