UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIDNIGHT VP FUND I, L.P., et al.

Plaintiffs,

v.

SIERRA AGRA USA, LLC, et al.,

Defendants

No. 1:26-cv-04788-EPG

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT SIERRA AGRA USA, LLC. TO RESPOND TO COMPLAINT BY NO MORE THAN 28 DAYS

(ECF No. 12)

On July 21, 2026, Defendant Sierra Agra USA, LLC. and Plaintiffs filed a stipulation to extend the time for defendant Sierra Agra to file a response to the complaint. (ECF No. 12).

In light of the stipulation and good cause thus appearing, the Court shall grant the stipulation and ORDERS defendant Sierra Agra to file a response to Plaintiffs' complaint no later than August 17, 2026.

IT IS SO ORDERED.

Dated: **July 22, 2026**

/s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE