UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDNIGHT VP FUND I, L.P., et al.<br>Plaintiffs,<br>v.<br>SIERRA AGRA USA, LLC, et al.,<br>Defendants | No. 1:26-cv-04788-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 14) |

On August 12, 2026, the parties filed a stipulation to extend the time for all defendants to file a response to the complaint. (ECF No. 14). The stipulation provides the following:

> Plaintiffs MIDNIGHT VP FUND I, L.P. and WORTH THE SQUEEZE L.P. ("Plaintiffs"), and Defendants SIERRA AGRA USA, LLC, WADE O. WATSON, JOHN GORMAN, and NATHAN REVENAUGH ("Defendants") (collectively, "the Parties"), by and through their attorneys, hereby jointly agree and stipulate as follows:
>
> WHEREAS, Plaintiffs filed a Complaint on June 22, 2026, against Defendants in the United States District Court for the Eastern District of California, Case No. 1:26cv-04788;
>
> WHEREAS, on June 23, 2026, a Summons was issued for Defendants;
>
> WHEREAS, on June 25, 2026, Defendant Wade O. Watson was served with the Complaint and ordered to respond by July 16, 2026;
>
> WHEREAS, on June 29, 2026, Defendant Sierra Agra USA, LLC was served with the Complaint and order to respond by July 20, 2026;
>
> WHEREAS, on July 6, 2026, Defendant Nathan Revenaugh was served with the Complaint and ordered to respond by July 27, 2026;
>
> WHEREAS, on July 17, 2026, Plaintiffs and Defendant Wade O. Watson's Joint Stipulation to Extend Time to Respond to the Complaint By No More Than 28 Days was

> granted, ordering Defendant Wade O. Watson to respond to the Complaint by August 13, 2026;
>
> WHEREAS, on July 17, 2026, Defendant John Gorman was served with the Complaint and ordered to respond by September 15, 2026;
>
> WHEREAS, on July 22, 2026, Plaintiffs and Defendant Sierra Agra USA, LLC's Joint Stipulation to Extend Time to Respond to the Complaint By No More Than 28 Days was granted, ordering Defendant Sierra Agra USA, LLC to respond to the Complaint by August 17, 2026;
>
> WHEREAS, on July 31, 2026, counsel for Defendants Wade O. Watson and John Gorman contacted Plaintiffs' counsel and requested that Mr. Watson's response deadline be extended to coincide with Mr. Gorman's response deadline of September 15, 2026, in the interest of efficiency, judicial economy, and to permit coordinated responses;
>
> WHEREAS, on August 6, 2026, the Parties met and conferred and agreed that, for the sake of efficiency, conservation of party and judicial resources, and to facilitate coordinated case management, all Defendants should have a uniform deadline of September 15, 2026, to respond to the Complaint;
>
> GOOD CAUSE EXISTS for the requested extension because Defendants are evaluating the allegations and potential responses to the Complaint, coordinating among multiple parties and counsel, and seeking to avoid piecemeal responsive pleadings and motion practice. Aligning the response deadlines for all Defendants will promote efficiency, conserve the resources of the Parties and the Court, and facilitate the orderly administration of this action. The requested extension is sought in good faith, is not sought for purposes of delay, and will not prejudice any party.
>
> IT IS HEREBY STIPULATED and AGREED between the Parties that Defendants shall have up to and including September 15, 2026, to answer, move, or otherwise respond to Plaintiffs' Complaint.

(*Id.*) (internal headings omitted).

In light of the stipulation and good cause thus appearing, the Court shall grant the stipulation and HEREBY ORDERS the deadline for Defendants SIERRA AGRA USA, LLC, WADE O. WATSON, JOHN GORMAN, and NATHAN REVENAUGH to answer, move, or otherwise respond to Plaintiffs MIDNIGHT VP FUND I, L.P. and WORTH THE SQUEEZE L.P.'s Complaint shall be extended up to and including September 15, 2026.

IT IS SO ORDERED.

Dated: **August 12, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE