UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIDNIGHT VP FUND I, L.P., *et al.*

Plaintiffs,

v.

SIERRA AGRA USA, LLC, *et al.*

Defendants.

No. 1:26-cv-4788-EPG

ORDER GRANTING JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR MOTION TO DISMISS AND VACATING INITIAL SCHEDULING CONFERENCE

(ECF No. 21)

On September 22, 2026, the parties filed a "Joint Stipulation to Continue Scheduling Conference and Amend Briefing Schedule on Motion to Dismiss." (ECF No. 21). The stipulation provides the following

> Plaintiffs MIDNIGHT VP FUND I, L.P. and WORTH THE SQUEEZE L.P. ("Plaintiffs") and Defendants SIERRA AGRA USA, LLC, WADE O. WATSON, JOHN GORMAN, and NATHAN REVENAUGH ("Defendants") (collectively, "the Parties"), by and through their attorneys, hereby jointly agree and stipulate, as follows:
>
> 1. On August 12, 2026, the Court granted the Parties' stipulation to extend each Defendant's time to respond to Plaintiffs' complaint until September 15, 2026. [E-CF 15];
> 2. On September 15, 2026, Defendants jointly moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). [E-CF 19]. The hearing on that motion is presently set for October 23, 2026.
> 3. Pursuant to this Court's Order [E-CF 2], a Scheduling Conference is set for September 24, 2026 at 10:00 a.m.;
> 4. The Parties submit that Court and party resources will be better served by postponing the Scheduling Conference in order to permit the Court to resolve Defendants' pending motion to dismiss before this case proceeds. The impact on the case schedule will be minimal given the early stage of these proceedings; and
> 5. Relatedly, and given the complexity of the pending motion to dismiss and the Parties' schedules, the Parties request that the briefing schedule on Defendants' motion be amended as follows:

| Action | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Opposition to Motion to Dismiss | September 29, 2026 | October 9, 2026 |
| Reply to Opposition | October 9, 2026 | October 23, 2026 |
| Hearing | October 23, 2026 | November 6, 2026 |

6. The proposed amended briefing schedule will avoid conflicts with the Parties' schedule, permit the Parties to more fully brief the issues for the Court in advance of the hearing, and allow the Parties to continue meeting and conferring regarding potential resolutions that may obviate the need for motion practice

IT IS HEREBY STIPULATED, as follows:
The Scheduling Conference currently set for September 24, 2026 at 10:00 a.m. be continued to November 20, 2026 at 10:00 a.m., or another date thereafter convenient for the Court; and

The briefing schedule on Defendants' motion to dismiss [E-CF 19] be amended as follows: Plaintiffs' opposition shall be due October 9, 2026; Defendants' reply shall be due October 23, 2026; and the hearing shall be continued to November 6, 2026, at 10:00 a.m.

(*Id.* at 1-2) (internal headings omitted).

In light of the parties' stipulation and good cause thus appearing, the Court shall grant the stipulation. Accordingly, it is HEREBY ORDERED as follows:

1. The currently set September 24, 2026, initial scheduling conference is vacated. The parties are directed to contact Courtroom Deputy Felicia Navarro (fnavarro@caed.uscourts.gov) within ten days of issuance of a decision on the pending motion to dismiss (ECF No. 19), should the case proceed.
2. Plaintiff's opposition to Defendants' motion to dismiss is due no later than October 9, 2026.
3. Defendants' optional reply is due no later than October 23, 2026.
4. The hearing on the motion to dismiss is continued to November 6, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **September 23, 2026** /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE